# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 07-154 |
|---|---|---|
| v. | ) | JUDGE LANCASTER |
| WILLIAM EDGAR | ) | ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this **3rd** day of **March**, 2008, upon consideration of defendant's Motion to Amend Order as to Reporting Date, IT IS ORDERED that defendant William Edgar shall report to the designated institution on **April 28, 2008.**

_____
United States District Judge

CC: All Counsel
US Marshal
Bureau of Prisons

{00333554.DOC;}